[No. 50586-6-I.  Division One.  June 16, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RONNIE LANE SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-01993-1, Michael Hayden, J., entered June 10, 2002. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.

[Nos. 50598-0-I; 50594-7-I;  Division One.  June 16, 2003.]
50595-5-I; 50596-3-I;
50597-1-I.

ROBERT S. WRIGHT, *Respondent*, v. THE DEPARTMENT OF LICENSING, *Petitioner*.

SEAN DEAN, *Respondent*, v. THE DEPARTMENT OF LICENSING, *Petitioner*.

HEATHER GILL, *Respondent*, v. THE DEPARTMENT OF LICENSING, *Petitioner*.

LISA ROGERS, *Respondent*, v. THE DEPARTMENT OF LICENSING, *Petitioner*.

DANAE E. JACKY, *Respondent*, v. THE DEPARTMENT OF LICENSING, *Petitioner*.

Appeals from a judgment of the Superior Court for King County, No. 01-2-17167-4, Paris K. Kallas, J., entered May 13, 2002. *Reversed* by unpublished per curiam opinion.

[No. 50692-7-I.  Division One.  June 16, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ROWLAND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-01029-8, Mariane Spearman, J. Pro Tem., entered June 11, 2002. *Reversed* by unpublished per curiam opinion.